FILED
U.S. DISTRICT COURT

2018 OCT 23 P 2: 34

DISTRICT OF UTAH

BY:
DEPUTY CLERK

EMILEE PETERSON BUCKLEY
Defendant, Pro Se
2831 W 11400 S South Jordan UT 84095
385-333-6692
fourbellspark@gmail.com

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> Emilee Peterson Buckley, <br><br> Defendant. | **DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** <br><br> Case No. 2:10CR001112-001 <br><br> Honorable Dee V. Benson |

Defendant, Emilee Peterson Buckley, Pro Se hereby submits this Motion for Early Termination of Supervised Release.

### FACTS

On June 21, 2013 the Court sentenced Ms. Buckley to 60 months in prison for three counts of wire fraud. The Court also imposed 36 months of supervised release to follow. Ms. Buckley's supervision began on January 6, 2017.

Ms. Buckley has completed all of the conditions of her release, including timely monthly restitution payments, following all of the release requirements, regular and timely check ins with supervision, 100% clean UA's, counseling, completing all evaluations and paperwork asked and required, stipulated visits and everything else asked. Ms. Buckley also has stipulated to continue restitution payments and has a financial plan to do so. She has a clean supervision record and has

a stable family and life established setting her up for the highest possible success. Along with compliance is a willingness to follow and honor all laws. Federal Probation officer Hugh Watt has been contacted and is aware of her request for early termination.

## ARGUMENT

18 U.S.C. ' 3583(e)(1) provides that:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) -
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

Since Ms. Buckley began her term of supervised release she has been actively engaged in the community and in service. She has sustained steady and fulfilling employment. In the Half way House and during probation, she engaged rigorously in treatment and completed all treatment required and even some volunteer courses, including individual and group therapy. She has built strong support systems. She has a close and strong family as well as a wonderful new friend group and social community. Buckley also has stipulated to continue restitution payments and has a financial plan to do so. She has a clean supervision record and has established a life setting her up for the highest possible success. Along with compliance is a willingness to follow and honor all laws. Ms. Buckley has gone through a great deal of growth and change during his time on supervision. Ms. Buckley has no violence in her history, and has no recent drug use history and does not require intense and present supervision. She no longer has a career which requires her to be a fiduciary of funds for others. She has began an entirely new career and field

and is currently engaged in small business and sales and desires to be a contributing member of society. Early release will allow Ms. Buckley to connect more with family and create a safe plan to pay back restitution full.

Furthermore, Ms. Buckley has paid all of her fees in full and has paid her financial obligations every month and has stipulated to an Installment Payment Order that was presented by the State's attorney's office. She continues to agree to payments ordered and has complied with all recommended payments to date.

## CONCLUSION

Based on the above, Ms. Buckley respectfully requests the Court terminate her term of Supervised Release early.

DATED this 20th day of September, 2018.

EMILEE PETERSON BUCKLEY

Defendant, Pro Se

To the Honorable Judge Benson,                                              Sept 1, 2018

      I write to request an early and immediate termination release from supervision. I am excited and anxious to make this request of you. Originally a letter similar to this was turned in thinking it was getting to you on July 8th 2018. It was held as the probation office was reviewing my financial data and possibly other variables. I have completed over half of my 36-month supervision term. On January 8th 2016, I completed a 60-month prison term. I am currently being supervised by probation officer, Hugh Watt.

      I am making this request for the following reasons. One, I pose no threat to society. I obey rules and have been a sleepy job for those in charge. I am accountable for my current circumstance and I will not return to a similar industry. My forward plans are conservative and I will use my history to forward charity work. I have always wanted to be of service and a clean slate affords me the opportunity to choose something new, grow, and serve. I am content to be a contributing community member. I have learned about myself, humility, and have much work to do. My growth is no longer enhanced by Federal intervention. My family needs me and I want to be with them at every opportunity. Reason two, I am costing the government a lot of money. I will not break any laws and paying a supervisor's bill is unwarranted. The taxpayer's burden of my incarceration and additional funds exhausted on supervision is unnecessary. Money has been sacrificed endlessly to my 100% clean UA's, mental evaluations, medical expenses, court expenditures, etc. I will not participate in any activity that would harm others. I am involved in a good cause and I am embarrassed that I have burdened society instead of helping it. The last reason is that I owe restitution in dollars and in kind, that cannot be legally addressed while under the regulations of supervision. My intention is to fully pay restitution and restore what is possible. I owe a large dollar amount that will take many years of building, working, and consulting with those who are dedicated to helping me make a full restitution a reality. I believe in miracles. No reasonable plan is possible under my current guidelines. I'd like to start creating a plan. I am currently employed with a small but steady income selling mattresses. As I am not a community threat and display accountability, do not wish to burden taxpayers further, have intention to pay full restitution and have been paying on time and law abiding, so are my three reasons for seeking immediate relief.

      I ask the courts and you, Honorable Judge Benson, to show mercy and grant me early and immediate release. I commit to move forward conservatively and cautiously knowing that an early release is a privilege. I will not disappoint you.


I most sincerely thank you for your consideration,

*Emilee Petersen Buckley*
Emilee Petersen Buckley